UNITED STATES of America, Plaintiff–Appellee

v.

Jessica GARAY, Defendant–Appellant.

No. 06–41478
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Dec. 12, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before REAVLEY, BARKSDALE, and GARZA, Circuit Judges.

PER CURIAM: *

Jessica Garay appeals the sentence imposed following her guilty plea to trans-

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.

portation of undocumented aliens. She argues that her sentence is unreasonable as a matter of law because our post-*Booker*[1] rulings have effectively reinstated the mandatory sentencing guidelines regime. Garay correctly concedes that this claim is foreclosed by our precedent and raises it only to preserve its further review by the Supreme Court. *See Rita v. United States*, — U.S. —, — – —, 127 S.Ct. 2456, 2462–66, 168 L.Ed.2d 203 (2007); *United States v. Alonzo*, 435 F.3d 551, 554 (5th Cir.2006).

AFFIRMED.

---

1. *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.